IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-10388 |
| Agatha Nneka Esotu | CHAPTER 7 |
| Debtor(s). | JUDGE Robert E. Grant |

**ORDER GRANTING MOTION TO APPROVE AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY KNOWN AS 7936 WETHERSFIELD COVE, FORT WAYNE, IN 46835**

The Motion to Approve the Agreed Order filed with this Court on May 29, 2018, as Docket No. 13, granting relief from the automatic stay with respect to real property located at 7936 WETHERSFIELD COVE, FORT WAYNE, IN 46835, having come before the Court,

And, the Court having examined said Motion and being duly advised in the premises, now finds sufficient cause to grant relief from the automatic stay, it is therefore,

ORDERED AND ADJUDGED:  That the Motion to Approve the Agreed Order filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That relief from the automatic stay is granted as to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III and real property located at 7936 WETHERSFIELD COVE, FORT WAYNE, IN 46835.

DATED: June 26, 2018

/s/ Robert E. Grant
Robert E. Grant, Judge
United States Bankruptcy Court

D. Anthony Sottile (27696-49)
Jon Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law

P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com


DISTRIBUTION:

Agatha Nneka Esotu
7936 Wethersfield Cove
Fort Wayne, IN 46835

Steven J. Glaser
132 E. Berry St
Fort Wayne, IN 46802
glaser.bankruptcy@frontier.com
Debtor's Counsel

Martin E. Seifert
444 East Main Street
Fort Wayne, IN 46802
mseiferttrustee@hallercolvin.com
Chapter 7 Trustee

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349
USTPRegion10.SO.ECF@usdoj.gov
U.S. Trustee